RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 2 1 2025
DANIEL J. McCOY, CLERK
BY: [signature]

Dear Clerk:

I'm seeking an emergency injunction against one, Major/Eddie Kennedy who has placed my life in danger, ~~by~~ paying cash money to officers under his supervision to inflict brutality upon me for filing Grievance Complaints against Security officers. Enclosed is my account evaluation sheet. Thanking you in-advance.

/s/ [signature]
Ronnie L. Cousin #89334