DWCC
APR 17 2025
NOT RESPONSIBLE FOR CONTENTS

Ronnie L. Cousin #89334
David Wade Corr. Center
670 Bell Hill Rd.
Homer. La. 71040

SHREVEPORT LA 710
17 APR 2025 PM 2 L

X-RAYED

Clerk of Court, U.S. Court House
300 Fannin St. Ste., 1167
Shreveport, La 71101

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
APR 2 1 2025
DANIEL J. McCOY, CLERK
BY: mdh

April 17, 2025

71101-308399